DEPT 813     8120743417039
PO BOX 4115
CONCORD CA 94524

**FINANCIAL RECOVERY SERVICES, INC.**

P.O. Box 385908
Minneapolis, MN 55438-5908
1-877-875-2668

RETURN SERVICE REQUESTED

March 6, 2017

PATRICIA A KELLY
104 MEADOW LN
OAKWOOD HILLS IL 60013-1151

CURRENT CREDITOR: TD BANK USA, N.A.
REGARDING: TARGET CREDIT CARD
ACCOUNT NUMBER: XXXXXXXXXX4890
DATE OF LAST PAYMENT: 07/06/15
CHARGE-OFF DATE: 02/25/16

BALANCE ITEMIZATION
COST BALANCE: $0.00
BALANCE DUE: $585.94
FRS FILE NUMBER: QDO221
ON-LINE PIN NUMBER: 11620627
(Used to access and view your file on WWW.FIN-REC.COM)

******INITIAL NOTIFICATION******

The account(s) listed above have been assigned to this agency for collection. We are a professional collection agency attempting to collect a debt. Any information obtained will be used for this purpose.

You owe $585.94. Please feel free to call us at the toll free number listed below or use our online consumer help desk. FRS now accepts some forms of payment online at www.fin-rec.com. See your online access pin above.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any other portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you are sending your payment by overnight delivery, please use the following address: 4510 W. 77th ST. Suite 200, Edina, MN 55435.

This communication is from a debt collection agency licensed by the Minnesota Department Of Commerce.

Sincerely,
COREY REVITT
Account Manager
Toll Free: 1-877-875-2668

This is an attempt to collect a debt. Any information obtained will be used for that purpose.
This communication is from a debt collector.

**See reverse side for important information.**

Office hours are Monday-Thursday, 7am to 8pm, Friday 7am to 5pm, Saturday 7am to noon.

---

Detach Coupon And Mail Payment

1 OF 3
FRS File # QDO221
1-877-875-2668
Current Balance: $585.94
Amount enclosed:
Home phone:
Work phone:
Cell phone:

2 OF 3
FRS File # QDO221
1-877-875-2668
Current Balance: $585.94
Amount enclosed:
Home phone:
Work phone:

3 OF 3
FRS File # QDO221
1-877-875-2668
Current Balance: $585.94
Amount enclosed:
Home phone: